# United States Court of Appeals
## For the First Circuit

No. 21-1414

LASHAUN CASEY,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**

Entered: May 27, 2021
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed petitioner-appellant's appeal from the denial of his motion to vacate sentence under 28 U.S.C. § 2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on March 30, 2021.

Petitioner-appellant is ordered to file a memorandum requesting issuance of a certificate of appealability in this court by **June 28, 2021**. The memorandum should set forth specific facts, reasons, and issues supporting the issuance of a certificate. See 1st Cir. R. 22.0(b). See also 28 U.S.C. § 2253(c)(2) (in order for a certificate to be granted, applicant must make substantial showing of the denial of a constitutional right). After June 28, 2021, whether or not petitioner-appellant has filed a memorandum, the case will be submitted to the court for a determination as to whether a certificate should issue. If a certificate is denied, the appeal will be terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mariana E. Bauza Almonte
Lashaun Casey
Thomas F. Klumper